**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Gouya Ranekouhi, Esq. (SBN: 288267)
gouya@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq.
324 S. Beverly Drive, #725
Beverly Hills, CA 90212

*Attorneys for Plaintiff,*
Ashkan Hejazi

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASHKAN HEJAZI; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**HBN MEDIA, INC., dba COMMISSIONS, INC.**<br><br>Defendant. | **Case No.:** SACV14-01105 JVS (RNBx)<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

Plaintiff ASHKAN HEJAZI ("Plaintiff") and Defendant HBN MEDIA, INC. dba COMMISSIONS, INC. ("Defendant"), by and through their undersigned counsel, respectfully submit this Joint Stipulation for Dismissal of Plaintiff's individual claims WITH PREJUDICE and the putative class claims WITHOUT PREJUDICE pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff and Defendant, by and through their undersigned counsel, also jointly stipulate that each party shall bear its own costs and attorneys' fees.

Plaintiff and Defendant hereby jointly move to dismiss Plaintiff, ASHKAN HEJAZI'S individual claims WITH PREJUDICE and the putative class claims WITHOUT PREJUDICE.

Date: January 30, 2015　　　　　　　　**KAZEROUNI LAW GROUP, APC**

　　　　　　　　　　　　　　　　　　By: ____/s Gouya Ranekouhi____
　　　　　　　　　　　　　　　　　　　　GOUYA RANEKOUHI, ESQ.
　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF

Date: January 30, 2015　　　　　　　　**TUCKER ELLIS LLP**

　　　　　　　　　　　　　　　　　　By: ____/s Mollie Benedict____
　　　　　　　　　　　　　　　　　　　　MOLLIE BENEDICT, ESQ.
　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to defense counsel, and that I have obtained defense counsel's authorization to affix their electronic signatures to this document

Date: January 30, 2015                                KAZEROUNI LAW GROUP, APC

                                                 By:     /s Gouya Ranekouhi
                                                          GOUYA RANEKOUHI, ESQ.
                                                          ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626