JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASHKAN HEJAZI; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**HBN MEDIA, INC., dba COMMISSIONS, INC.**<br><br>Defendant. | Case No.: SACV14-01105 JVS (RNBx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS CLAIMS PURSUANT TO FRCP 41(A)** |

Based upon the Parties' Joint Stipulation For Dismissal, and good cause, this Court hereby orders Plaintiff's individual claims be dismissed WITH PREJUDICE, and the putative class claims be dismissed WITHOUT PREJUDICE. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 02, 2015

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

---

**[PROPOSED] ORDER OF DISMISSAL**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE